IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01589-PAB-BNB

RENEE HUDDLESON,

Plaintiff,

v.

THE CITY OF PUEBLO, COLORADO,

Defendant.

---

**ORDER**

---

This matter arises on defendant's **Motion to Amend Defendant's Answer** [Doc. # 30, filed 9/15/2010] (the "Motion"). Although the initial indication was that the plaintiff opposed the Motion, subsequently the parties filed a Stipulation [Doc. # 33, filed 9/28/2010] indicating that "the Plaintiff no longer opposes the Motion to Amend, [and] the parties do not believe it necessary that the hearing scheduled for September 30, 2010, take place. . . ."

IT IS ORDERED that:

(1) The Motion [Doc. # 30] is GRANTED. The Clerk of the Court is directed to accept for filing the Amended Answer and Jury Demand [Doc. # 30-1]; and

(2) The hearing set for September 30, 2010, at 8:30 a.m., is VACATED.

Dated September 28, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge