## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.        09-CV-01589-PAB-BNB

RENEE HUDDLESON,
Plaintiff,

v.

THE CITY OF PUEBLO, COLORADO,
Defendant.

---

## DEFENDANT'S UNOPPOSED MOTION TO FILE MOTION AND MEMORANDUM BRIEF IN SUPPORT OF SUMMARY JUDGMENT UNDER SEAL

---

Defendant, City of Pueblo, by and through its attorneys, J. Andrew Nathan and Marni Nathan Kloster of the law firm of Nathan, Bremer, Dumm & Myers, pursuant to D.C.Colo.L.Civ.R. 7.2 and the Stipulated Protective Order filed in this case, hereby moves the Court for an Order granting its Unopposed Motion to File its Motion and Memorandum Brief in Support of Summary Judgment Under Seal and in support of said Motion, states and alleges as follows:

1.       Pursuant to D.C.Colo.L.Civ.R. 7.1(a), undersigned counsel has conferred with counsel for Plaintiff prior to filing this Motion and counsel for Plaintiff indicated this Motion was unopposed.

2.       Pursuant to D.C.Colo.L.Civ.R. 7.2, upon motion and a showing of compelling reasons, the Court may order that all or a portion of papers and documents filed in the case be sealed.

3.       A Stipulated Motion for Protective Order was filed with the Court on July 28, 2010 [Doc. No. 26] and the Protective Ordered was entered by Magistrate Judge Boland on August 5, 2010

[Doc. No. 29].  The Stipulated Protective Order allows parties to designate as "confidential" certain information produced and disclosed as part of this litigation.  Any information designated as "confidential" is protected from public disclosure.  Pursuant to the Stipulated Protective Order, if it is necessary for the parties to file "confidential" information with the Court as part of any motion, the "confidential" information should be filed under seal in accordance with D.C.Colo.L.Civ.R. 7.2.

4.      The contemporaneously filed Defendant's Motion and Memorandum Brief in Support of Summary Judgment includes information subject to the Stipulated Protective Order and specifically documentation which has been deemed "confidential".

5.      The "confidential" information is as follows:  Exhibit A-8, which is document Bates No. "City 848"; Exhibit A-10, which are documents Bates No. "City 850-852"; and Exhibit A-11, which is Deposition Exhibit 29, all contain information regarding third parties not involved in this litigation.

6.      In addition to the Exhibits, the text of the Motion and Memorandum Brief specifically discusses "confidential" information regarding third parties, such as Franklyn Ortega, who are not involved in the lawsuit or parties to it, thus eliminating the option of simply requesting that only the above-referenced exhibits be filed under seal.

7.      Sealing of the Defendant's Motion and Memorandum Brief in Support of Summary Judgment, along with its exhibits, is necessary to protect the privacy and trust of the third parties referred to.  The Defendant believes the privacy rights of the third parties outweighs the presumption of public access.  The third parties should not have personal information regarding them disclosed to the public in this lawsuit and could suffer injury by such disclosure.

The Defendant is unaware of a less restrictive alternative that still protects third parties from the public disclosure of this information.

WHEREFORE, having good cause been shown, Defendants respectfully request that the Court grant Defendant's Unopposed Motion to File Motion and Memorandum Brief in Support of Summary Judgment and attached exhibits under seal.

Respectfully submitted this 5th day of October, 2010.

s/ Marni Nathan Kloster
J. Andrew Nathan
Marni Nathan Kloster
NATHAN, BREMER, DUMM & MYERS, P.C.
3900 E. Mexico, Suite 1000
Denver, CO  80210
Phone Number: (303) 691-3737
Fax: (303) 757-5106
Email: anathan@nbdmlaw.com
mkloster@nbdmlaw.com
*Attorneys for City of Pueblo*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2010, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION TO FILE MOTION AND MEMORANDUM BRIEF IN SUPPORT OF SUMMARY JUDGMENT UNDER SEAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:

Rosemary Orsini
Berenbaum Weinsheink, P.C.
370 17th St., Suite 4800
Denver, CO  80202

s/ Marni Nathan Kloster
J. Andrew Nathan, Esq.
Marni Nathan Kloster, Esq.
Attorneys for Defendant
NATHAN, BREMER, DUMM & MYERS, P.C.
3900 E. Mexico, Suite 1000
Denver, CO  80210
Phone Number:  (303) 691-3737
Facsimile:  (303) 757-5106
Email: anathan@nbdmlaw.com
mkloster@nbdmlaw.com